## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMONTE HUNTER, individually and on behalf of others similarly situated | Civil Action No. 2:23-cv-05134 |
| VS. | JUDGE ELDON E. FALLON |
| EXTRAORDINARY FLOORING, LLC and JACOB LAWSON | MAGISTRATE JUDGE KAREN WELLS ROBY |

### ORDER

Upon consideration of, and for the reasons set forth in the Parties' Joint Motion and Stipulation for Approval of Settlement and for Dismissal with Prejudice, and the Court, having determined that the action presents a *bona fide* dispute over FLSA provisions, that the Settlement is fair, reasonable, and adequate and that the attorney fees and costs sought by Plaintiff's Counsel are fair and reasonable;

**IT IS HEREBY ORDERED** that the FLSA Settlement Agreement, and all terms and conditions contained therein, be and hereby are **APPROVED**;

**IT IS HEREBY FURTHER ORDERED** that the claims and causes of action of Jamonte Hunter, be and hereby are **DISMISSED** with prejudice and with each party bearing his/their own respective costs and fees, except as provided in the Settlement Agreement;

**IT IS HEREBY FURTHER ORDERD** that the Court shall maintain continuing jurisdiction to enforce and implement the Settlement Agreement.

New Orleans, Louisiana, this 10th day of January, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE